IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **F.M.S.,** | : | |
| **Petitioner** | : | **No. 1:25-cv-02061** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **CRAIG LOWE, et al.,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, on this 24th day of April 2026, upon consideration of Petitioner's petition

for writ of habeas corpus (Doc. No. 1), and all relevant briefing and evidence of record, and in

accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.    Petitioner's motion to expedite (Doc. No. 26) is **GRANTED**;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **GRANTED** insofar as Respondents must provide Petitioner, within **fourteen (14) days of the date of this Order**, an individualized bond hearing, at which the government bears the burden of proof to justify Petitioner's continued detention by clear and convincing evidence;

3.    Respondents **SHALL FILE** a status report with the Court within **seven (7) days** of the date of the individualized bond hearing indicating the outcome of the hearing and Petitioner's detention status;

4.    Petitioner's request for costs and attorney's fees under the Equal Access to Justice Act ("EAJA") is **DENIED** as premature;

5.    Respondents Brian McShane, Teresa Riley, Daren Margolin, Kristi Noem, Pamela Bondi, and Todd M. Lyons are **DISMISSED** from this action; and

6.    The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania